IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   14-cv-00743-WYD-KLM

FELIPE RUBIO,

    Plaintiff,

v.

JEREMIAH MASON, individually and TYLER PHILLIPS, individually,

    Defendant.

## ORDER

THIS MATTER is before the Court on the Stipulation of Dismissal with Prejudice. The parties stipulate therein to a dismissal of Plaintiff's Fourteenth Amendment claim asserted in the First Claim for Relief, that asserts Excessive Force in Violation of the Fourth Amendment or, alternatively in Violation of the Fourteenth Amendment.  Having reviewed the Stipulation and being fully advised in the premises, it is

ORDERED that the Stipulation of Dismissal With Prejudice (ECF No. 11) is **APPROVED**, and the portion of the First Claim for Relief that seeks relief under the Fourteenth Amendment is **DISMISSED**.  All other claims remain pending.

Dated:  June 5, 2014

                                  BY THE COURT:

                                  s/ Wiley Y. Daniel
                                  Wiley Y. Daniel
                                  Senior United States District Judge