IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00743-WYD-KLM

FELIPE RUBIO,

    Plaintiff,

v.

JEREMIAH MASON, individually, and
TYLER PHILLIPS, individually,

    Defendants.

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the parties' **Joint Motion for Entry of Stipulation and Protective Order [#18]**[1] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion [#18] is **GRANTED**. Accordingly,

IT IS FURTHER **ORDERED** that the Stipulation and Protective Order [#18-1] supplied by the parties is **accepted** for filing and entered as an Order of the Court, with interlineations, as of the date of this Minute Order.

Dated: June 25, 2014

---

[1] "[#18]" is an example of the convention the Court uses to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). The Court uses this convention throughout this Minute Order.