IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00743-WYD-KLM

FELIPE RUBIO,

     Plaintiff,

v.

JEREMIAH MASON, individually, and
TYLER PHILLIPS, individually,

     Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

     This matter is before the Court on the parties' **Joint Motion to Modify Scheduling Order** [#22][1] (the "Motion").

     IT IS HEREBY **ORDERED** that the Motion [#22] is **GRANTED**. The Scheduling Order entered on June 10, 2014 [#17] is amended to extend the following deadlines:

- Affirmative[2] Expert Disclosure Deadline     **December 22, 2014**
- Rebuttal Expert Disclosure Deadline     **January 22, 2014**
- Discovery Deadline     **February 10, 2015**
- Dispositive Motions Deadline     **March 15, 2015**

     Dated: September 29, 2014

---

[1] "[#22]" is an example of the convention the Court uses to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). The Court uses this convention throughout this Minute Order.

[2] In the Motion, the parties identify the December 22, 2014 deadline as the deadline for "Plaintiff's expert reports" and the January 22, 2015 deadline as the deadline for "Defendants['] expert reports." *Motion* [#22] at 2. However, the Court notes that the Scheduling Order identifies these deadlines as the deadlines for designation of "all experts" and "all rebuttal experts" pursuant to Fed. R. Civ. P. 26(a)(2). *Sched. Order* [#17] § 9.D.3-4. It is possible that Defendants will designate an affirmative expert and that, as a result, Plaintiff will designate a rebuttal expert. Accordingly, the Court does not use the labels applied by the parties in the Motion.