IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   14-cv-00743-WYD-KLM

FELIPE RUBIO,

    Plaintiff,

v.

JEREMIAH MASON, individually and TYLER PHILLIPS, individually,

    Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

    This matter is before the Court on a review of the file.  Defendant Tyler Phillips' Motion for Summary Judgment Based Upon Qualified Immunity has two separate fact sections, one of which complies with Section III.B.3 of my Practice Standards and one of which does not.  Accordingly, the Motion for Summary Judgment (ECF No. 25) is **STRICKEN** with leave to refile within ten (10) days, or by **Friday, April 17, 2015,** in accordance with my Practice Standards.  All facts which Defendant deems material to the motion must be included in Movant's Statement of Material Facts and be separately numbered and paragraphed so that Plaintiff can meaningfully respond.

    In light of this ruling, Plaintiff's Response to Defendant Phillips Motion for Summary Judgment with Request for Oral Argument (ECF No. 26) is also **STRICKEN**.  Plaintiff is advised, however, that the new response it files to Defendant's refiled summary judgment motion must also comply with my Practice Standards.

    Thus, Plaintiff's Statement of Additional Disputed Facts must be set forth in simple declarative sentences, separately numbered and paragraphed in accordance with Section III.B.5 of my Practice Standards.  Also, any denial of facts in the Response to Movant's Material Facts must contain only a *brief explanation of the reason for the denial* with reference to material in the record.  Any additional facts that Plaintiff deems material in connection with Movant's stated facts should be put into Plaintiff's Statement of Additional Disputed Facts.  Plaintiff's current response brief does not comply with this requirement.

    Dated:  April 7, 2015