IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   14-cv-00743-WYD-KLM

FELIPE RUBIO,

    Plaintiff,

v.

JEREMIAH MASON, individually and TYLER PHILLIPS, individually,

    Defendant.

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the parties' Stipulation of Dismissal With Prejudice filed May 13, 2015.  After a careful review of the Stipulation and the file, it is

ORDERED that the Stipulation of Dismissal With Prejudice is **APPROVED** and this matter is **DISMISSED WITH PREJUDICE**, with the parties to pay their own attorney fees and costs.

Dated:  May 18, 2015

                            BY THE COURT:

                            s/ Wiley Y. Daniel
                            Wiley Y. Daniel
                            Senior United States District Judge